**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-7175**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ANTOWAN THORNE, a/k/a Smooth,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:14-cr-00165-LMB-1)

Submitted:  December 21, 2021                Decided:  December 27, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antowan Thorne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antowan Thorne appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Thorne*, No. 1:14-cr-00165-LMB-1 (E.D. Va. July 2, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*